```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT


RAMON SANCHEZ                    :
                                 :           PRISONER
     v.                          :  Case No. 3:01CV1558 (PCD)(JGM)
                                 :
MARK STRANGE, ET AL.             :
```

ORDER OF NOTICE TO PRO SE LITIGANT

On October 20, 2004, the respondents filed a motion to dismiss. Rule 7(a), D. Conn. L. Civ. R., requires petitioner to file his response to the motion within twenty-one days from the date the motion was filed. The petitioner has failed to file a response to respondents' motion.

The court hereby gives express notice to the pro se petitioner that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," Rule 7(a), D. Conn. Loc. Civ. P., and that if petitioner fails to file his opposition to the motion to dismiss or fails to obtain an extension of time for filing his opposition on or before **May 10, 2005**, the respondents' motion will be granted at that time.

Dated at Bridgeport, Connecticut this 21st of April, 2005.

```
                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK
```