UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAMON SANCHEZ

              v.

MARK STRANGE
JOHN J. ARMSTRONG

PRISONER
CASE NO. 3:01cv1558 (PCD)

J U D G M E N T

This cause came on for consideration of the respondents' motions to dismiss before the Honorable Peter C. Dorsey, United States District Judge.

The Court has considered both motions and all of the related papers. On December 19, 2003, the Court concluded that the second amended petition was a mixed petition, containing exhausted and unexhausted claims, granted respondents' motion to dismiss as to the unexhausted grounds for relief and stayed the case as to the exhausted grounds for relief. The Court directed the petitioner to commence an action in state court to exhaust the unexhausted grounds within thirty days of the court's ruling and to file a notice with the court documenting his efforts to commence the exhaustion process.

On July 29, 2005, the Court issued a Ruling and Order which (1) vacated the ruling granting the first motion to dismiss and dismissing the petition as to the unexhausted grounds and imposing a stay as to the exhausted grounds; (2) granted the renewed motion to dismiss; (3) dismissed the second amended petition without prejudice <u>nunc pro tunc</u> as to all grounds; and (4) declined to issue a certificate of appealability.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the respondents and the case is closed.

Dated at Bridgeport, Connecticut this 29th day of July, 2005.

KEVIN F. ROWE, Clerk

By  /s/ Cynthia Earle

Cynthia Earle
Deputy Clerk

Entered on the Docket _____